Thursday, January 08, 2015

To: Honorable Judge Pamela K. Chen

From: Carlos Meza

    4504 Lakecrest Drive

    The Colony, TX 75056

Subject: Michael Grimm Case

Dear Honorable Judge Chen:

I wanted to write you and express my viewpoint regarding Mr. Michael Grimm. Mr. Grimm should not be given probation or house arrest. If given this sentence, others in the business community will interpret this as simple slap on the wrist. He should receive the maximum sentence for each count he has pled guilty to. What Mr. Grimm has done is reprehensible. He clearly didn't pay taxes that he deducted from his employee's checks and then pocketed the money. That is only one of the counts to which he is pleading guilty. This is not only stealing from the employee but also the federal government. Mr. Grimm is nothing more than a thief. I saw no sign of remorse when he was indicted and after his arrest. It is my concern he will pretend to show remorse when he goes before you for sentencing. You need to make an example of him since he not only pled guilty but was a member of Congress. It's people like him that don't want to pay their fair share of the taxes while reaping all of the benefits.

There is no one who likes to pay taxes but that's the very thing that keeps this country doing so well. It's our laws that make us a free society. Without taxes we wouldn't have an infrastructure in this country and life as we know it would collapse. Treat him in the same manner actor Wesley Snipes was treated. No one is above the law. Justice should be blind no matter what ones skin color or standing in society. The law should be applied equally. This truth is what has been lacking in our society since our great country's inception, resulting in our current disorder. I think you'll hear from many different people who think he's a noble and honorable man. But behind the mask is just another crook. Oh I originally wrote this on the December 20, 2014 since then former Governor Bob McDonnell was sentenced to 2 years jail time. The Prosecutor asked for the judge to follow the sentencing guidelines of 10-12 years and he got two stinking years. A regular Joe steals a car get 10 years. Bob McDonnell gets kickbacks and breaks the trust of the people of Virginia and gets two years. It makes everyone cringe. MSNBC commentator Chris Matthews mentioned it on his show. The disparity in sentencing is ridiculous. I pray you will do the right thing by the people of America and give him the maximum jail time allowable.

Thank You Your Honorable Judge Chen

*Carlos Meza*
Carlos Meza

4504 Lakecrest Drive

The Colony, TX 75056

Email address chalemeza@gmail.com

Carlos Meza
4504 Lake Crest
The Colony, TX 75056

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Atty: Honorable Pamela K. Chen