

www.MNRLawFirm.com

June 30, 2015

VIA CM/ECF

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:    United States v. Michael Grimm
                  Criminal Docket No. 14-248 (PKC)

Dear Judge Chen:

      On June 25, 2015, the Court ordered that the parties notify the Court whether they are seeking an evidentiary hearing on any issues relating to Mr. Grimm's sentencing by June 30th. Pursuant to that order, Mr. Grimm hereby notifies the Court that he is not seeking an evidentiary hearing in connection with his sentencing hearing. However, similar to the Government's request, Mr. Grimm respectfully requests that he be permitted to inform the Court by July 6, 2015, if he intends to call witnesses at the sentencing hearing because the Government has placed material facts pertinent to his sentencing in dispute through its response memorandum filed today.

MIAMI OFFICE    FORT LAUDERDALE OFFICE
One Biscayne Tower    One Financial Plaza
2 South Biscayne Boulevard, Suite 1750, Miami 33131    100 Southeast Third Avenue, Suite 805, Ft Lauderdale 33394

Respectfully submitted,

/s/ Jeffrey A. Neiman

JEFFREY A. NEIMAN
DANIEL L. RASHBAUM

Marcus Neiman & Rashbaum LLP
100 Southeast Third Avenue
Suite 805
Fort Lauderdale, Florida 33394

*Attorneys for Mr. Grimm*


cc: Clerk of the Court (PKC)(by ECF)