FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
E.D.N.Y.
*DECEMBER 15, 2025*
BROOKLYN OFFICE

DROPPED OFF BY
ASSISTANT KIM-MARIE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
Case No. 1:14-cr-00248 (MGG)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**
**MICHAEL G. GRIMM,**

**Defendant.**

## ORDER

## GRANTING DEFENDANT'S MOTION TO VACATE JUDGMENT AND DISMISS THE INDICTMENT BASED ON PRESIDENTIAL PARDON

Upon consideration of Defendant Michael G. Grimm's Motion to Vacate the Judgment and Dismiss the Indictment based on the Presidential pardon issued on May 28, 2025, and upon review of the full and unconditional pardon attached to the motion, and for good cause shown;

**IT IS HEREBY ORDERED that:**

1. Defendant's Motion is **GRANTED.**

2. The Judgment of Conviction entered on **April 28, 2015 in the above-captioned matter is hereby VACATED in its entirety.**

3. The Indictment and/or Superseding Indictment in this case is hereby **DISMISSED WITH PREJUDICE.**

4. All penalties, conditions, supervision requirements, fines, assessments, and collateral consequences arising from the conviction are hereby **TERMINATED AND EXTINGUISHED.**

5. The Clerk of Court is directed to **update the docket accordingly and close this case.**

**SO ORDERED.**
**Hon. Pamela K. Chen**
**United States District Judge**
**Eastern District of New York**
**Dated: _____**
**Brooklyn, New York**